THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED CARCHIETTA et al., Appellants, against WARDEN OF RAYMOND STREET JAIL, BOROUGH OF BROOKLYN, et al., Respondents.

Submitted April 13, 1953; decided April 23, 1953.

*Francis P. Heffernan* for motion.

*Nathaniel L. Goldstein, Attorney-General (William B. Herlands* and *Abraham M. Portez),* opposed.

Motion denied. Appeal taken as of right dismissed upon the ground that no substantial constitutional question is presented.